IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MAURICE MOORE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CV3043 |
| | ) | |
| V. | ) | |
| | ) | |
| JEFFRE CHEUVRONT, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

Plaintiff filed a document with the court requesting that the "clerk of the court . . . provide a copy of the pending before your court, and charge me at a later date upon my release from jail." (Filing No. [6 at CM/ECF p. 1](#).) The court construes this request as a motion for copies.

Plaintiff's motion for copies is denied because he does not have the right to receive copies of documents without payment, even though the court granted him leave to proceed in forma pauperis. If Plaintiff requires copies of court documents, he should contact this court's clerk's office to determine the proper method for requesting and paying for copies.

Although Plaintiff is not entitled to free copies of particular docket entries, the court will direct the clerk's office to forward to him a copy of the docket sheet itself to facilitate his communication with the clerk's office in requesting copies of particular docket entries.

IT IS ORDERED that Plaintiff's request for copies (Filing No. [6](#)) is denied. The clerk of court is directed to mail a copy of the docket sheet to Plaintiff.

DATED this 22nd day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge